145 So. 914

**Mrs. S. D. STUCKEY v. Matt H. MURPHY, as Receiver, etc.**

**4 Div. 665.**

Supreme Court of Alabama.

Dec. 22, 1932.

See, also, 224 Ala. 8, 138 So. 289.

A. R. Powell, of Andalusia, for appellant.

A. Whaley, of Andalusia, for appellee.

GARDNER, J.

The appeal is from the decree overruling a demurrer to the cross-bill. The demurrer contained the single assignment of a want of equity, and was properly overruled under the following authorities: Johnson v. Smith, 190 Ala. 521, 67 So. 401; Patillo v. Tucker, 216 Ala. 572, 113 So. 1; Hall v. Metropolitan Life Ins. Co., 225 Ala. 455, 143 So. 452; 42 Corpus Juris, 439.

Let the decree be affirmed.

Affirmed.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.